**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| PHILIP J. CHARVAT on behalf of himself and others similarly situated, | : : : | Case No. 2:14-cv-376 |
| Plaintiff, | : : | Judge Frost Magistrate Judge Deavers |
| v. | : : | |
| AUGEO AFFINITY MARKETING, INC. WISHBONE MARKETING LLC D/B/A SAVINGS GALORE | : : : : | |
| Defendants. | : | |

**<u>STIPULATION OF DISMISSAL</u>**

Plaintiff Philip J. Charvat and Defendants Augeo Affinity Marketing, Inc. and Wishbone Marketing LLC file this stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims in the above-captioned case.  None of the rights of any putative class members have been released, or are otherwise affected by this dismissal.

Respectfully submitted,

| | |
|---|---|
| /s/ Brian K. Murphy | /s/ John B. Kopf, per email auth. 3/11/15 |
| Brian K. Murphy, Trial Attorney (0070654) | John B. Kopf, Trial Attorney (0075060) |
| Joseph F. Murray (0063373) | Thompson Hine LLP |
| Geoffrey J. Moul (0070663) | 41 South High Street, 17th Floor |
| Jennifer A. Hemenway (0089127) | Columbus, OH  43215 |
| Murray Murphy Moul + Basil LLP | (614) 469-3200 |
| 1114 Dublin Road | (614) 469-3361 *facsimile* |
| Columbus, OH  43215 | E-mail:  john.kopf@thompsonhine.com |
| (614) 488-0400 | |
| (614) 488-0401 *facsimile* | *Counsel for Defendants* |
| E-mail: murphy@mmmb.com | |
|      murray@mmmb.com | |
|      moul@mmmb.com | |
|      hemenway@mmmb.com | |

Anthony Paronich, Esq.
Broderick Law, P.C.
125 Summer St., Suite 1030
Boston, MA 02110
(617) 738-7080
(617) 314-7783 *facsimile*
E-mail: ted@broderick-law.com
       anthony@broderick-law.com

Matthew P. McCue, Esq.
The Law Office of Matthew P. McCue
1 South Ave., Third Floor
Natick, MA 01760
(508) 620-1166

*Counsel for Plaintiff*